UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                              Case Number 09-24303 GMB

Debtor: Herman A. Madero

| Check Number | Creditor | Amount |
|---|---|---|
| 1728518 | PHH Mortgage Corporation | 1365.98 |

/s/ Isabel C. Balboa
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:  May 10, 2011